**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-7225**

———————

STEPHEN NIVENS,

        Plaintiff - Appellant,

      v.

SECRETARY OF THE DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES; BALTIMORE COUNTY DETENTION CENTER; LIEUTENANT BLEVINS, Baltimore County Detention Center Correctional Dietary Officer; J. PHILLIP MORGAN, Warden; RICHARD DOVEY, Warden; WILLIAM BOHRER, Warden; DIRECTOR O'NEIL, Baltimore County Detention Center,

        Defendants - Appellees,

    and

TEHUM CARE SERVICES, INC., f/k/a Corizon Health, Inc.; YESCARE; DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES; UNNAMED INFECTION CONTROL LPN; ADAORA N. ODENZE, Director of Nursing Services; JOSEPH A. EZEIT, Director of Inmate Health Care Administration; SHARON L. BAUCOM, M.D., Chief Medical Director; JENNIFER MELLOTT, RN; BECKY BARNHART, RN, Assistant Director of Nursing,

        Defendants.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge. (1:23-cv-02298-ELH).

———————

Submitted: February 22, 2024                Decided: February 27, 2024

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Stephen Nivens, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Nivens seeks to appeal the district court's order dismissing some, but not all, of the claims raised in his 42 U.S.C. § 1983 complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Nivens seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*